JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALOMA BELL, an individual; MICHAEL COSCHIGANO, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>CHRIS JONES, #39399, individually and as a peace officer; ALVIN MARQUES, #39005, individually and as a peace officer; CITY OF LOS ANGELES; and, DOES 1-50, inclusive,<br><br>    Defendants. | Case No.: CV 19-06886FMO(AGRx)<br><br>District Judge: Hon. Fernando M. Olguin<br>Magistrate Judge: Hon. Alicia G. Rosenberg<br><br>**ORDER RE STIPULATION [37] OF DISMISSAL**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii))] |

The parties having stipulated, and good cause having been shown, the matter is ordered dismissed with prejudice. The clerk may close the file. Each side to bear their own costs and fees.

**IT IS SO ORDERED.**

DATED: February 1, 2021              _____/s/_____
                        **Honorable Fernando M. Olguin**
                        United States District Judge

1